```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 19, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
BEST START INTERNATIONAL
LIMITED,

                           **Plaintiff,**                    19-cv-2488 (ALC)

                -against-                        **ORDER**

TRIOMPHE HOSPITALITY GROUP INC.,

                          **Defendant.**

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      On March 20, 2019, a complaint was filed on behalf of Plaintiff, Best Start International Limited. (ECF No. 1). There is an automatic stay of this matter pending the action in the Bankruptcy Court. However, the Parties have failed to comply with the Court's September 24, 2020 Order, directing the Parties to file a status report indicating whether the bankruptcy matter is still ongoing. The Parties shall advise the Court whether the bankruptcy matter is still ongoing by November 27, 2020.

**SO ORDERED.**

**Dated**:  November 19, 2020
           New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**