UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
BEST START INTERNATIONAL LIMITED,

                **Plaintiff,**

         -against-

TRIOMPHE HOSPITALITY GROUP INC.,

                **Defendant.**
-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 8, 2021

**1:19-cv-2488 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The parties shall file a joint status report by **December 13, 2021** on the status of the bankruptcy proceedings.

**SO ORDERED.**

Dated:    **December 8, 2021**
             **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**