```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/28/22__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| BEST START INTERNATIONAL LIMITED, | |
| Plaintiff, | |
| -against- | 19-cv-02488 (ALC) |
| | **ORDER OF DISCONTINUANCE** |
| TRIOMPHE HOSPITALITY GROUP INC., | |
| Defendant. | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   July 28, 2022
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**